IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RICHARD E. COOLEY,<br><br>                Defendant. | 4:14-CR-3041<br><br>**ORDER** |

IT IS ORDERED that:

1. The Government's Unopposed Motion to Continue Sentencing (filing 32) is granted.

2. Defendant Richard E. Cooley's sentencing hearing is continued to Wednesday, November 5, 2014, at 11:30 a.m. before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 11th day of September, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge